**Lowell UMBARGER, Plaintiff–Appellant,**

v.

**STATE OF GEORGIA DEPARTMENT OF REVENUE, Defendant–Appellee.**

No. 07–11925

United States Court of Appeals, Eleventh Circuit.

Jan. 23, 2008.

Edward Daniel Buckley, III, Andrea Doneff, Buckley & Klein, LLP., Atlanta, GA, for Plaintiff–Appellant.

Annette M. Cowart, Steffanie Walke Morrison, State of Georgia Department of Law, Atlanta, GA, for Defendant–Appellee.

---

Before HULL and PRYOR, Circuit Judges, and MOORE,* District Judge.

PER CURIAM:

After review and oral argument, we conclude that Appellant, Lowell Umbarger, has not shown any reversible error in the order of the district court dated March 30, 2007. Thus, we affirm this order of the district court.

**AFFIRMED.**